WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pamela Balezos, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Cavalry Portfolio Services, LLC, et al.,<br><br>　　　　　　　　　Defendants. | NO. CIV-06-1952-PHX-SMM<br><br>**ORDER** |

Upon stipulation of the parties to extend time to file responsive pleading (dkt. 12), dated September 29, 2006, and for good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' stipulation to extend time to file responsive pleading.  (Dkt. 12.)

**IT IS FURTHER ORDERED** that Defendant Cavalry Portfolio Services, LLC has until October 6, 2006 to file an answer or other responsive pleading.

DATED this 2nd day of October, 2006.

_____
Stephen M. McNamee
United States District Judge