WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pamela Balezos, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>Cavalry Portfolio Services, LLC, et al.,<br><br>            Defendants. | NO. CIV-06-1952-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion for the Court to schedule a Rule 16 Preliminary Pretrial Conference. (Dkt. 18.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiffs' Motion for the Court to schedule a Rule 16 Preliminary Pretrial Conference. (Dkt. 18.)

**IT IS FURTHER ORDERED** that the Court Deputy shall schedule a Rule 16 Preliminary Pretrial Conference and issue a Rule 16 Order.

DATED this 29th day of December, 2006.

Stephen M. McNamee
United States District Judge