WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pamela Balezos, et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>Cavalry Portfolio Services, LLC, et al.,<br><br>               Defendants. | NO. CIV-06-1952-PHX-SMM<br><br>**ORDER** |

Pending before the Court are (i) Plaintiffs' Motion to Appear Telephonically at the Rule 16 Pretrial Conference on February 15, 2007 (dkt. 22); and (ii) Defendant Cavalry Portfolio Services ("Calvary") Motion for Leave to Appear Telephonically at the Rule 16 Pretrial Conference on February 15, 2007 (dkt. 23). For good cause shown,

**IT IS HEREBY ORDERED GRANTING** (i) Plaintiffs' Motion to Appear Telephonically at the Rule 16 Pretrial Conference on February 13, 2007 (dkt. 22); and (ii) Defendant Calvary's Motion for Leave to Appear Telephonically at the Rule 16 Pretrial Conference on February 15, 2007 (dkt. 23).

**IT IS FURTHER ORDERED** that Plaintiffs Peter and Pamela Balezos and Defendant Calvary's client representative, Christian Parker, shall call the Court on <u>one clear telephone line</u> at 2:55 p.m. at 602-322-7555. The Court is not able to coordinate conference calls. Therefore, Plaintiffs Peter and Pamela Balezos and

Defendant Calvary's client representative, Christian Parker, shall make certain that they call the Court on <u>one clear telephone line</u>.

**IT IS FURTHER ORDERED** that counsel for Plaintiffs, Richard N. Groves, and counsel for Defendant Calvary, Victoria Orze, shall communicate this information to Peter and Pamela Balezos and Christian Parker, respectively, so that they may coordinate the arrangements for a conference call to chambers on February 15, 2007.

DATED this 13th day of February, 2007.

Stephen M. McNamee
United States District Judge