**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pamela Balezos, et al., | No. CV-06-1952-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Cavalry Portfolio Services, LLC, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Unopposed Motion for an Extension of Time to File a Reply to their Motion for Summary Judgment (Doc. 56). For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendants' Motion for an Extension of Time to File a Reply to their Motion for Summary Judgment (Doc. 56).

**IT IS FURTHER ORDERED** that Defendants original deadline of August 3, 2007 to file their Reply is hereby **VACATED**. Defendants shall now file their Reply no later than **August 17, 2007.**

DATED this 23rd day of July, 2007.

_____
Stephen M. McNamee
United States District Judge