**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Pamela Balezos, et al., | ) | No. CV-06-1952-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| Cavalry Portfolio Services, LLC, et al., | ) | |
| Defendants. | ) | |

Currently before the Court is Defendants' Motion for Enlargement of Time to Respond to Plaintiffs' Motion for Class Certification (Doc. 68). The Response is presently due on August 20, 2007, however, there are two potentially dispositive motions that are presently pending before this Court[1] that would potentially effect the necessity of briefing the Motion for Class Certification.  Thus, an enlargement of time to respond to the class certification motion is in the interest of both judicial economy and conserving the parties' resources.  Accordingly,

**IT IS HEREBY ORDERED GRANTING** Defendants' Motion for Enlargement of Time to Respond (Doc. 68) to Plaintiffs' Motion for Class Certification.

**IT IS FURTHER ORDERED** that briefing on Plaintiff' Motion for Class Certification will be scheduled subsequent to the Court's ruling on the pending dispositive motions.

DATED this 8th day of August, 2007.

Stephen M. McNamee
United States District Judge

---

[1] Defendants' Motion to Compel Arbitration and Defendants' Motion for Summary Judgment