**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Pamela Balezos, et al., | No. CV-06-1952-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. |  |
| Cavalry Portfolio Services, LLC, et al., |  |
| Defendants. |  |

Pending before the Court is Plaintiffs' Motion to File Exhibit A of Plaintiff's Motion for Clarification Under Seal. (Doc. 74). For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiffs' Motion to File Exhibit A of Plaintiff's Motion for Clarification Under Seal. (Doc. 74).[1]

DATED this 4th day of September, 2007.

Stephen M. McNamee
United States District Judge

---

[1] Counsel is advised to review the Local Rules of this Court. Counsel should pay particular attention to LRCiv 7.1 (b)(2) and (c). Failure to comply with the Local Rules will result in the Court striking the document.