**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Pamela Balezos and Peter Balezos, et al., ) | No. CV-06-1952-PHX-SMM |
| Plaintiffs, ) | |
| v. ) | **ORDER** |
| Cavalry Portfolio Service, LLC, et al., ) | |
| Defendants. ) | |

Pending before the Court is Defendants' Motion for Leave to File a Response to Plaintiffs' Motion for Clarification of the Court's Order compelling this case into arbitration. In the interest of clarity and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendants' Motion for Leave to File a Response to Plaintiffs' Motion for Clarification. (Doc. 77).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the lodged proposed Response to Motion for Clarification (Doc. 78).

DATED this 19th day of September, 2007.

Stephen M. McNamee
United States District Judge