**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pamela Balezos, et al., ) | No. CV-06-1952-PHX-SMM |
| )  Plaintiffs, ) | **ORDER** |
| ) v. ) | |
| ) Cavalry Portfolio Services, LLC, et al., ) | |
| )  Defendants. ) | |
| _____) | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 82].  After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. 82].  This matter is dismissed with prejudice, each party to bear its own costs and attorney's fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

DATED this 2nd day of September, 2008.

_____
Stephen M. McNamee
United States District Judge